SCIARRA & CATRAMBONE, LLC
Jeffrey D. Catrambone (JC 2870)
jcatrambone@sciarralaw.com
1130 Clifton Avenue
Clifton, NJ 07013
(973) 242-2442
(973) 242-3118 [Facsimile]
*Attorneys for Defendants Jeffrey Lancaster, Reynold Theriault, & Policemen's Benevolent Association Mainland Local 77 (pleaded as "Mainland Local PBA 77")*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTOPHER LEARY, | : CIVIL ACTION NO. |
| | : 1:23-cv-04070-JHR-SAK |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| EGG HARBOR TOWNSHIP POLICE DEPARTMENT, THE TOWNSHIP OF EGG HARBOR, MAINLAND LOCAL PBA #77, NEW JERSEY STATE ASSOCIATION OF CHIEFS OF POLICE, STATE OF NEW JERSEY, MICHAEL HUGHES, individually and acting under color of law, WILLIAM NALLY, individually and acting under color of law, JEFFREY LANCASTER, individually and acting under color of law, REYNOLD THERIAULT individually and acting under color of law, DONNA L MARKULIC, individually and acting under color of law, JOHN and JANE DOES 1-10, ABC CORPORATIONS, and XYZ STATE ENTITIES. | : **NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT IN LIEU OF ANSWER PURSUANT TO <u>F.R.C.P. 12(b)(6)</u>**<br>:<br>:<br>: *Oral Argument Requested*<br>: |
| Defendants. | : |

**TO:** Phyllis Widman, Esq.
Widman Law Firm, LLC
2000 Shore Road - Suite 201
Linwood, New Jersey 08221
*Attorney for Plaintiff*

**PLEASE TAKE NOTICE** that Defendants Jeffrey Lancaster, Reynold Theriault, & Policemen's Benevolent Association Mainland Local 77 (pleaded as "Mainland Local PBA 77") (collectively, "Defendants"), pursuant to Rule of Civil Procedure 12(b)(6) moves herein for an Order from the Court dismissing Plaintiff's Complaint in lieu of an answer for failure to state a claim upon which relief can be granted.

**PLEASE TAKE FURTHER NOTICE** that Defendant shall rely upon the Brief and Certification of Counsel with exhibits filed herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 78.1, Defendants respectfully request oral argument.

        Respectfully submitted,
        **Sciarra & Catrambone, LLC**
        *Attorneys for Defendants Mainland Local PBA #77, Lancaster & Theriault*
By:  /s/ Jeffrey D. Catrambone (JC 2870)

Dated: October 5, 2023