SCIARRA & CATRAMBONE, LLC
Jeffrey D. Catrambone (JC 2870)
jcatrambone@sciarralaw.com
1130 Clifton Avenue
Clifton, NJ 07013
(973) 242-2442
(973) 242-3118 [Facsimile]
*Attorneys for Defendants Jeffrey Lancaster, Reynold Theriault, &*
*Policemen's Benevolent Association Mainland Local 77 (pleaded as*
*"Mainland Local PBA 77")*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| CHRISTOPHER LEARY, | : CIVIL ACTION NO. |
|  | : 1:23-cv-04070-JHR-SAK |
| Plaintiff, | : |
|  | : |
| vs. | : |
|  | : |
| EGG HARBOR TOWNSHIP POLICE | : **CERTIFICATION OF COUNSEL** |
| DEPARTMENT, THE TOWNSHIP OF EGG | : **IN SUPPORT OF MOTION** |
| HARBOR, MAINLAND LOCAL PBA #77, | : **TO DISMISS PLAINTIFF'S** |
| NEW JERSEY STATE ASSOCIATION OF | : **COMPLAINT IN LIEU OF** |
| CHIEFS OF POLICE, STATE OF NEW | : **ANSWER PURSUANT TO** |
| JERSEY, MICHAEL HUGHES, | : **F.R.C.P. 12(b)(6)** |
| individually and acting under | : |
| color of law, WILLIAM NALLY, | : |
| individually and acting under | : |
| color of law, JEFFREY LANCASTER, | : |
| individually and acting under | : *Oral Argument Requested* |
| color of law, REYNOLD THERIAULT | : |
| individually and acting under | : |
| color of law, DONNA L MARKULIC, | : |
| individually and acting under | : |
| color of law, JOHN and JANE | : |
| DOES 1-10, ABC CORPORATIONS, | : |
| and XYZ STATE ENTITIES. | : |
|  | : |
| Defendants. | : |
|  | : |

      Jeffrey D. Catrambone, of full age, certifies as follows:

    1. I am an attorney-at-law licensed to practice before this Court

       and a Partner with the law firm of Sciarra & Catrambone, LLC.

My firm represents Defendants Jeffrey Lancaster, Reynold Theriault, & Policemen's Benevolent Association Mainland Local 77 ("Defendants") in the above-captioned matter.  As such, I am fully familiar with the facts herein.  I make this Certification in support of Defendants' Rule 12(b)(6) motion to dismiss Plaintiff's Complaint for failure to state a claim.

2. Attached hereto are true and accurate copies of the following:

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Plaintiff's Complaint filed with this Court on 7/30/23 |
| B | Plaintiff's Complaint filed with PERC dated 7/28/23 |

I hereby certify that the foregoing statements are true.  I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

**Sciarra & Catrambone, LLC**
*Attorneys for Defendants*
By:  /s/ Jeffrey D. Catrambone (JC2870)

Dated:    October 5, 2023

2