SCIARRA & CATRAMBONE, LLC
Jeffrey D. Catrambone (JC 2870)
jcatrambone@sciarralaw.com
1130 Clifton Avenue
Clifton, NJ 07013
(973) 242-2442
(973) 242-3118 [Facsimile]
*Attorneys for Defendants Jeffrey Lancaster, Reynold Theriault, & Policemen's Benevolent Association Mainland Local 77 (pleaded as "Mainland Local PBA 77")*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTOPHER LEARY, | : CIVIL ACTION NO. |
| | : 1:23-cv-04070-JHR-SAK |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| EGG HARBOR TOWNSHIP POLICE DEPARTMENT, THE TOWNSHIP OF EGG HARBOR, MAINLAND LOCAL PBA #77, NEW JERSEY STATE ASSOCIATION OF CHIEFS OF POLICE, STATE OF NEW JERSEY, MICHAEL HUGHES, individually and acting under color of law, WILLIAM NALLY, individually and acting under color of law, JEFFREY LANCASTER, individually and acting under color of law, REYNOLD THERIAULT individually and acting under color of law, DONNA L MARKULIC, individually and acting under color of law, JOHN and JANE DOES 1-10, ABC CORPORATIONS, and XYZ STATE ENTITIES. | : **ORDER DISMISSING PLAINTIFF'S COMPLAINT PURSUANT TO <u>F.R.C.P. 12(b)(6)</u>** |
| Defendants. | : |

**THIS MATTER**, having come before the Court by Sciarra & Catrambone, LLC, attorneys for Defendants Jeffrey Lancaster, Reynold Theriault, & Policemen's Benevolent Association Mainland

Local 77 (pleaded as "Mainland Local PBA 77") by way of motion in lieu of answer to dismiss Plaintiff's Complaint for failure to state a claim pursuant Federal Rule of Civil Procedure 12(b)(6), and this Court having considered the papers submitted herewith and arguments of counsel, and for good cause having been shown,

**IT IS ON THIS _____ DAY OF _____, 20\_\_\_\_;**

**ORDERED** that Defendants' motion to dismiss Plaintiff's Complaint for failure to state a claim is hereby *granted*; and it is further

**ORDERED** that Plaintiff's Complaint is hereby **dismissed** as to Defendants Jeffrey Lancaster, Reynold Theriault, & Policemen's Benevolent Association Mainland Local 77 (pleaded as "Mainland Local PBA 77").

_____
**Hon. Joseph H. Rodriguez, U.S.D.J.**