Phyllis Widman, Esquire (I.D.# 004861999)
**WIDMAN LAW FIRM, LLC**
2000 Shore Road, Suite 201
Linwood, New Jersey 08221
TEL: (609) 848-5692  FAX: (609) 788-4527
pwidman@widmanlawfirm.com
*Attorney for Plaintiff, Officer Christopher Leary*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER LEARY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EGG HARBOR TOWNSHIP POLICE DEPARTMENT, THE TOWNSHIP OF EGG HARBOR, MAINLAND LOCAL PBA #77, NEW JERSEY STATE ASSOCIATION OF CHIEFS OF POLICE, STATE OF NEW JERSEY, MICHAEL HUGHES, INDIVIDUALLY AND ACTING UNDER COLOR OF LAW, WILLIAM NALLY, INDIVIDUALLY AND ACTING UNDER COLOR OF LAW, JEFFERY LANCASTER, INDIVIDUALLY AND ACTING UNDER COLOR OF LAW, REYNOLD THERIAULT, INDIVIDUALLY AND ACTING UNDER COLOR OF LAW DONNA L. MARKULIC, INDIVIDUALLY AND ACTING UNDER COLOR OF LAW, JOHN AND JANE DOES 1-10, ABC CORPORATIONS, AND XYZ STATE ENTITIES.<br><br>　　　　　Defendants. | **NOTICE OF CROSS-MOTION FOR LEAVE TO AMEND PLAINTIFF'S COMPLAINT**<br><br><br><br>Civil Action No.:<br>1:23-cv-04070-JHR-SAK |

TO: **WILLIAM G. BLANEY , JR.**
BLANEY, DONOHUE & WEINBERG, P.C.
2123 DUNE DRIVE
SUITE 11
AVALON, NJ 08202
609-435-5368
Email: bill@blaneydonohue.com

**KYLE DAVID WEINBERG**
BLANEY, DONOHUE & WEINBERG, P.C.
2123 DUNE DRIVE
SUITE 11
AVALON, NJ 08202
609-435-5368
Fax: 609-435-5473
Email: kyle@blaneydonohue.com

**JEFFREY D. CATRAMBONE**
SCIARRA & CATRAMBRONE, LLC
1130 CLIFTON AVENUE
CLIFTON, NJ 07013
(973) 242-2442
Email: jcatrambone@sciarralaw.com

**DAVID LAWRENCE DISLER**
PORZIO, BROMBERG & NEWMAN, P.C.
100 SOUTHGATE PARKWAY
PO BOX 1997
MORRISTOWN, NJ 07962-1997
973-889-4133
Email: dldisler@pbnlaw.com

**VITO A. GAGLIARDI , JR.**
PORZIO, BROMBERG & NEWMAN, PC
100 SOUTHGATE PARKWAY
PO BOX 1997
MORRISTOWN, NJ 07962-1997
(973) 538-4006
Email: vagagliardi@pbnlaw.com

PLEASE TAKE NOTICE that on November 6, 2023, or on a date and time to be fixed by the Court, Plaintiff, Christopher Leary, will move this Court for an Order granting him Leave to Amend his Complaint against Defendants.

PLEASE TAKE FURTHER NOTICE that this Motion is made pursuant to *Federal Rules of Civil Procedure* 15 and 16 on the grounds that leave to amend should be liberally granted, and as the Court has not issued any pretrial scheduling order stating a deadline to amend any pleadings, that the more liberal standard of *Federal Rule of Civil Procedure* 15 should apply.

PLEASE TAKE FURTHER NOTICE that this motion shall be based upon this Notice, the attached Brief, the Certification of Plaintiff's counsel, Phyllis Widman, Esq., and the Exhibits attached thereto; as well as such other oral and documentary evidence as may be presented at the hearing on this Motion, if the Court allows oral argument.

Respectfully submitted,

WIDMAN LAW FIRM, LLC
Attorneys for Plaintiff, Christopher Leary


*/s/ Phyllis Widman*
Phyllis Widman

Dated October 23, 2023