Phyllis Widman, Esquire (I.D.# 004861999)
**WIDMAN LAW FIRM, LLC**
2000 Shore Road, Suite 201
Linwood, New Jersey 08221
TEL: (609) 848-5692  FAX: (609) 788-4527
pwidman@widmanlawfirm.com
*Attorney for Plaintiff, Officer Christopher Leary*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER LEARY,<br><br>                    Plaintiff,<br><br>v.<br><br>EGG HARBOR TOWNSHIP POLICE DEPARTMENT, THE TOWNSHIP OF EGG HARBOR, MAINLAND LOCAL PBA #77, NEW JERSEY STATE ASSOCIATION OF CHIEFS OF POLICE, STATE OF NEW JERSEY, MICHAEL HUGHES, INDIVIDUALLY AND ACTING UNDER COLOR OF LAW, WILLIAM NALLY, INDIVIDUALLY AND ACTING UNDER COLOR OF LAW, JEFFERY LANCASTER, INDIVIDUALLY AND ACTING UNDER COLOR OF LAW, REYNOLD THERIAULT, INDIVIDUALLY AND ACTING UNDER COLOR OF LAW DONNA L. MARKULIC, INDIVIDUALLY AND ACTING UNDER COLOR OF LAW, JOHN AND JANE DOES 1-10, ABC CORPORATIONS, AND XYZ STATE ENTITIES.<br><br>                    Defendants. | **CERTIFICATION OF COUNSEL IN SUPPORT OF MOTION FOR LEAVE TO AMEND PLAINTIFF'S COMPLAINT**<br><br><br>Civil Action No.:<br>1:23-cv-04070-JHR-SAK |

Phyllis Widman, of full age, certifies as follows:

1. I am an attorney-at-law licensed to practice before this Court and owner of Widman Law Firm, LLC.

2. My firm represents Plaintiff, Christopher Leary in the above captioned matter. As such, I am fully familiar with the facts herein. I make this Certification in support of Plaintiff's Motion for Leave to Amend the Complaint.

3. Attached hereto are true and accurate copies of the following:

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Proposed Amended Complaint |
| 2 | Affidavit of Robert A. O'Donoghue II |
| 3 | Affidavit of Ernest Dunson |
| 4 | Email Between Co-Defendants |
| 5 | Email from Ray Theriault to Ernest Dunson & Christopher Leary |
| 6 | Steph Three Grievance Response |
| 7 | Letter From Union Attorney |

I hereby certify that the foregoing statements are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

        WIDMAN LAW FIRM, LLC
        Attorneys for Plaintiff, Christopher Leary


        */s/ Phyllis Widman*
        Phyllis Widman


Dated October 23, 2023