Phyllis Widman, Esquire (I.D.# 004861999)
**WIDMAN LAW FIRM, LLC**
2000 Shore Road, Suite 201
Linwood, New Jersey 08221
TEL: (609) 848-5692  FAX: (609) 788-4527
pwidman@widmanlawfirm.com
*Attorney for Plaintiff, Officer Christopher Leary*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER LEARY,<br><br>    Plaintiff,<br><br>  v.<br><br>EGG HARBOR TOWNSHIP POLICE DEPARTMENT, THE TOWNSHIP OF EGG HARBOR, MAINLAND LOCAL PBA #77, NEW JERSEY STATE ASSOCIATION OF CHIEFS OF POLICE, STATE OF NEW JERSEY, MICHAEL HUGHES, INDIVIDUALLY AND ACTING UNDER COLOR OF LAW, WILLIAM NALLY, INDIVIDUALLY AND ACTING UNDER COLOR OF LAW, JEFFERY LANCASTER, INDIVIDUALLY AND ACTING UNDER COLOR OF LAW, REYNOLD THERIAULT, INDIVIDUALLY AND ACTING UNDER COLOR OF LAW DONNA L. MARKULIC, INDIVIDUALLY AND ACTING UNDER COLOR OF LAW, JOHN AND JANE DOES 1-10, ABC CORPORATIONS, AND XYZ STATE ENTITIES.<br><br>    Defendants. | **PROPOSED FORM OF ORDER**<br><br><br>Civil Action No.:<br>1:23-cv-04070-JHR-SAK |

  **THIS MATTER** having come before the Court by Widman Law Firm, LLC, attorney for Plaintiff Christopher Leary by way of Motion for Leave to Amend Complaint. Having considered the motion, any responses thereto, the record, and the applicable law, the Court finds

that the interests of justice require that the Plaintiff be **Granted Leave to Amend his Complaint**.

**IT IS ON THIS ___ DAY OF _____, 20__;**

**ORDERED** that Plaintiff's Motion for Leave to Amend Complaint is GRANTED.

**ORDERED** that Plaintiff shall file the Amended Complaint within _____ days of the date of this Order.

**ORDERED** that Defendant shall answer or otherwise respond to the Amended Complaint within _____ of its filing.

_____

Judge Joseph H. Rodriguez, U.S.D.J

Dated October 23, 2023

2