

# WIDMAN
#### Law Firm LLC

300 W Patcong Ave, Linwood, NJ 08221
ph.609.848.5692, fax 609.848.5692
WWW.WIDMANLAWFIRM.COM

Phyllis Widman
PWIDMAN@WIDMANLAWFIRM.COM

ADMISSIONS:
U.S. Court of Federal Claims
U.S. Supreme Court
New Jersey State Court

July 30, 2025

**VIA ECF**
Honorable Sharon A. King, U.S.M.J.
Mitchell H. Cohen Building & U.S. Courthouse
4 th & Cooper Streets, Courtroom 5C
Camden, New Jersey 08101

SO ORDERED this 31st day of July 2025

/s/ Sharon A. King
Sharon A. King, USMJ

RE:   **Christopher Leary v. Egg Harbor Township Police Dept., et al.**
      **Docket No.:1:23-cv-04070 (JHR/SAK)**

Dear Judge King:

Plaintiff respectfully requests a 14-day extension for his opposition to be due for Defendant's Motion for Fees, currently returnable August 18, 2025. The extension would move Plaintiff's opposition deadline to August 14, 2025.

The PBA Union Defendants, through the filing attorney, Jeffrey D. Catrambone, *consents to the request.*

I thank the Court for its time.

Sincerely,
WIDMAN LAW FIRM, LLC

/s/ Phyllis Widman
Phyllis Widman, Esq.

PW/jm
cc:   Christopher Leary - via email
      The Township Defendants and the PBA Defendants, (via ECF)