# SCIARRA CATRAMBONE CURRAN & GRAY, LLC

Attorneys at Law

<u>Partners</u>  
Charles J. Sciarra  
Jeffrey D. Catrambone  
Matthew R. Curran  
Christopher A. Gray

<u>Of Counsel</u>  
Deborah Masker Edwards

<u>Associate</u>  
Frank C. Cioffi

August 21, 2025

<u>via ECF</u>  
Honorable Sharon A. King, U.S.M.J.  
Mitchell H. Cohen Building & U.S. Courthouse  
4th & Cooper Streets  
Camden, New Jersey 08101

    **Re:**   <u>**Christopher Leary v Egg Harbor Township Police Dept., et al.**</u>  
           <u>**Docket # 1:23-cv-04070 (CPO/SAK)**</u>

           <u>Reply</u> Letter Brief in support of Motion for Attorneys' Fees

Dear Magistrate Judge King:

    The undersigned represents Defendants Jeffrey Lancaster, Reynold Theriault and Policemen's Benevolent Association Mainland Local 77 (pleaded as "Mainland Local PBA 77") (collectively, "the PBA Defendants") in the above referenced matter. We respectfully request that the Court accept this letter brief in further support of the PBA Defendants' motion for an award of attorneys' fees under 42 <u>U.S.C.</u> §1983, more specifically §1988, and under the New Jersey Civil Rights Act, <u>N.J.S.A.</u> 10:6-1 *et seq*. ("CRA"), more specifically <u>N.J.S.A.</u> 10:6-2(f), in favor of these Defendants and against Plaintiff Christopher Leary ("Plaintiff").

1130 Clifton Ave  
Clifton, NJ 07013  
973-242-2442

www.SciarraLaw.com  
f.973-242-3118

2057 Briggs Road, Suite 201  
Mount Laurel, NJ 08054  
856-888-7066

Honorable Sharon A. King, U.S.M.J.
*PBA Defendants' reply letter brief – motion for fees*
August 21, 2025 - Page 2

The PBA Defendants in this reply specifically herein briefly respond to Plaintiff's argument in its opposition (ECF#136) to this attorney fee motion regarding the "prevailing party" issue.  We respectfully submit that the cases cited by Plaintiff are inapposite to the specific procedural history of this matter, wherein Plaintiff abandoned his claims against these Defendants during the pendency of dispositive motion practice.  See, e.g., John T. v. Del. Cty. Intermediate Unit, 318 F.3d 545 (3d Cir. 2003) (wherein the Court's denial of an attorney fee application was in the context of a finding of contempt of a preliminary injunction, and a subsequent settlement of the claims at issue wherein the plaintiff voluntarily dismissed his claims and then filed an application for attorneys' fees); see also Fitzsimmons v. Jones (D.N.J., civil action # 15-4044(ES)(MAH), memorandum opinion, Salas, U.S.D.J.) (wherein the court rejected the plaintiff's fee application under the catalyst theory after the parties had stipulated to the dismissal of the action).  Here, there was no stipulation by the parties, as Plaintiff Leary abruptly dismissed his claims against the PBA Defendants during the pendency of dispositive motion practice.[1]

---

[1] At page 4 of his opposition letter brief, Plaintiff cites to two unpublished opinions that purportedly address the issue of a prevailing party under the NJCRA in light of a dismissal without prejudice, Fitzsimmons, *supra*, and a 2018 New Jersey Appellate Division case, cited as Sykes v. Twp. of Hillside.  In response thereto, the undersigned emailed Plaintiff's counsel requesting a copy of or a formal citation for those cases.  Counsel only emailed me the Fitzsimmons opinion and we are still unable to locate the Sykes case.  Thus, we cannot verify its applicability to this matter

Honorable Sharon A. King, U.S.M.J.
*PBA Defendants' reply letter brief – motion for fees*
August 21, 2025 - Page 3

We respectfully submit that the PBA Defendants here, in light of the very specific procedural history of this matter, are prevailing parties under the NJCRA and §1983. Defendants further rely upon the legal authority cited in our moving letter brief as to Plaintiff's claims being "frivolous, unreasonable, or without foundation."

For the foregoing reasons, this Court should grant the PBA Defendants' motion for attorneys' fees as prevailing parties under §1983 and the CRA.

                                Respectfully submitted,
                                **Sciarra Catrambone Curran & Gray, LLC**
                                *Attorneys for Defendants Mainland*
                                *Local PBA #77, Lancaster & Theriault*
By:   /s/ Jeffrey D. Catrambone

JDC/j

cc:   Phyllis Widman, Esq. (*via ECF*)
      All Counsel of Record (*via ECF*)
      Clients

---

or even its existence as cited by Plaintiff.