## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CHRISTOPHER LEARY,

      Plaintiff,

  v.

EGG HARBOR TOWNSHIP POLICE
DEPARTMENT, *et al.*,

      Defendants.

No. 1:23-cv-04070 (CPO-SAK)

**ORDER**

**O'HEARN, District Judge.**

    **THIS MATTER** having come before the Court by way of a Motion to Dismiss Plaintiff's Second Amended Complaint filed by Defendants Egg Harbor Township Police Department, the Township of Egg Harbor, Michael Hughes, and Donna L. Markulic (collectively, the "Egg Harbor Defendants") (ECF No. 87), Plaintiff's First Motion for Partial Summary Judgment (ECF No. 118), Egg Harbor Defendants' Cross-Motion for Partial Summary Judgment (ECF 122), and Motion for Attorneys' Fees filed by Defendants Jeffrey Lancaster, Reynold Theriault, and Policemen's Benevolent Association Mainland Local 77 (collectively, the "PBA Defendants") (ECF No. 133), and for the reasons stated on the record on September 4, 2025,

    IT IS on the 4th day of September 2024,

    **ORDERED** that Egg Harbor Defendants' Motion to Dismiss (ECF No. 87) is **GRANTED as to Count X** asserting federal claims under Section 1983; and it is further

    **ORDERED** that Plaintiff's Motion for Summary Judgment (ECF No. 118) and Egg Harbor Defendants' Cross-Motion for Summary Judgment (ECF No. 122) are **DENIED as MOOT**; and it is further

**ORDERED** that PBA Defendants' Motion for Attorney's Fees (ECF No. 133) is **DENIED**; and it is further

**ORDERED** that Plaintiff's Second Amended Complaint is hereby **DISMISSED** without prejudice for lack of jurisdiction with respect to all other remaining claims (*see* 28 U.S.C. § 1367(c)(3); *Hedges v. Musco*, 204 F.3d 109, 123 (3d Cir. 2000)); and finally

**ORDERED** that the Clerk of the Court shall close this case.

*/s/ Christine P. O'Hearn*
**CHRISTINE P. O'HEARN**
**United States District Judge**